**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BRUCE K. WALKER,

    Plaintiff,

v.                                                      Case No. 93-10216

VLASIC FOODS, INC.,

    Defendant.
                                            /

**ORDER DENYING AS MOOT PLAINTIFF'S
APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On December 14, 1993, the court granted in part and denied in part Defendant's motion to dismiss this employment-discrimination action, and the case was subsequently remanded to the Saginaw County Circuit Court. Now, more than eighteen years later, Plaintiff has filed an application to proceed *in forma pauperis* and a one-page, hand-written paper docketed as a "Request to Add Party." The latter reads, in its entirety: "I want Local 87 to be part of this case. They failed to represent me. RWDSU Local 87, 2329 N. Mich., Saginaw, Mich., 48602."

The court notes that, in light of the remand order, it no longer has jurisdiction over this dispute. Morever, even if the court did have the power and inclination to reopen this long-closed case, Plaintiff would not require permission to proceed *in forma pauperis*, as the filing fee was already paid at the outset of the litigation. Accordingly,

IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* [Dkt. # 25] is DENIED AS MOOT.

       s/Robert H. Cleland  
       ROBERT H. CLELAND  
       UNITED STATES DISTRICT JUDGE

Dated: July 5, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 9, 2012, by electronic and/or ordinary mail.

       s/Lisa Wagner  
       Case Manager and Deputy Clerk  
       (313) 234-5522